IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFFERY DUCKWORTH**                                                                                   **PLAINTIFF**

v.                    **CASE NO. 4:11CV00723 BSM/JJV**

**PATRICK LUNDSFORD, Deputy,**
**Saline County Detention Center et al.**                                              **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 6] have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendant Parker is DISMISSED from this action for plaintiff's failure to state a claim on which relief may be granted.

Dated this 29th day of November 2011.

_____
UNITED STATES DISTRICT JUDGE